**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LINDA SLADE, Individually and as the representative of a class of similarly situated persons,

Plaintiff,

Case No.   1:23-cv-3867-PAE-SDA

- against -

THE BEAUTY SPY LLC,

Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against The Beauty Spy LLC.

Dated: Scarsdale, New York
August 28, 2023

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: _____
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. (917) 373-9128
e-mail: ShakedLawGroup@Gmail.com

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
August 31, 2023